UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                                Plaintiff,                      21-CV-06923 (SN)

    -against-                                                      **ORDER**

EMRY CAPITAL GROUP, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 16, 2021, Plaintiff Corporate Universe and Defendant Michael Dobbs consented to my jurisdiction. ECF No. 43. A call is scheduled for Tuesday, January 11, 2022, at 11:00 a.m. to address the status of the case and the parties' interest in conducting a settlement conference. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

DATED:     New York, New York
                December 27, 2021