```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                   **Plaintiff,**              21-CV-06923 (SN)

      -against-                           **ORDER**

EMRY CAPITAL GROUP, INC., et al.,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant is directed to re-file his Motion to Dismiss as three separate docketing events ((1) a notice of motion; (2) memorandum of law; and (3) declaration) by Friday, February 18, 2022. Plaintiff shall file its opposition by March 4, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
               February 16, 2022