UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                                 Plaintiff,                             21-CV-06923 (SN)

            -against-                                       **ORDER**

EMRY CAPITAL GROUP, INC., et al.,

                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Fact discovery closed on June 17, 2022. See ECF No. 60. The Court previously set a deadline of July 15, 2022, to file any motion for summary judgment. Id. Because Defendants' motion to dismiss remains pending, ECF No. 50, the parties are ORDERED to meet and confer as to whether they consent to a) moot the pending motion to dismiss and proceed with summary judgment briefing, or b) extend the deadline to file any motion for summary judgment until 30 days after the Court addresses the motion to dismiss, if necessary. The parties shall file a letter with the Court no later than June 29, 2022.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      New York, New York
                June 23, 2022