UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                                Plaintiff,                      21-CV-06923 (SN)

           -against-                          **ORDER**

EMRY CAPITAL GROUP, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ordered to appear for oral argument on the motions for summary judgment. ECF Nos. 67 & 73. The argument will be held on June 12, 2023, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court will address, among other things, the legal basis for the causes of action (injunctive relief is not a cause of action) and the corresponding statute of limitations for such claims. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      May 25, 2023
                 New York, New York