UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                Plaintiff,

     -against-

EMRY CAPITAL GROUP, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

21-CV-06923 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The oral argument scheduled for June 12, 2023, is RESCHEDULED to July 20, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 30, 2023
               New York, New York