UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORPORATE UNIVERSE, INC.,

                      **Plaintiff,**

       -against-

EMRY CAPITAL GROUP, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

21-CV-06923 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The oral argument currently scheduled for Thursday, July 20, 2023, is RESCHEDULED for Wednesday, July 26, 2023, at 12:00 p.m. and will be held on video. The Court will provide a video link closer to the conference date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 7, 2023
                New York, New York