**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CORPORATE UNIVERSE, INC.,

                      Plaintiff,                 21 **CIVIL** 6923 (SN)

     -against-                          **JUDGMENT**

EMRY CAPITAL GROUP, INC., et al.,

                      Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2023, Plaintiff's motion for summary judgment is DENIED, and Michael Dobbs's cross-motion for summary judgment is GRANTED. Because the Court resolves these motions on the grounds set forth above, the Court declines to address Dobbs's alternative argument that the claims against him have been released. All other arguments not addressed are denied as without merit.

**Dated:** New York, New York
         Augusts 31, 2023

                            **RUBY J. KRAJICK**
                              _____
                                 **Clerk of Court**

            **BY:**                          _____
                                 **Deputy Clerk**